# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS THORPE, #27101-045, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 19-cv-1222-NJR |
| | ) |
| T. G. WERLICH, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF IMPENDING DISMISSAL

**ROSENSTENGEL, Chief Judge:**

This case was opened on November 8, 2019, without the payment of a filing fee or the filing of a Motion for Leave to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On the same date, the Court entered a Notice and Order advising Thorpe of his obligation to pay the filing fee of $5.00 or to file an IFP Motion within thirty (30) days (*i.e.*, on or before December 9, 2019). (Doc. 2). He was warned that failure to do so would result in dismissal of the action and was provided with a blank IFP Motion. *Id.*

Thorpe will be given one last opportunity to pursue this case – an additional fourteen (14) days to pay his filing fee or submit a properly completed IFP application. **This case will be dismissed if Thorpe fails to comply with this Order.** *See* **FED. R. CIV. P. 41(b).**

Accordingly, Thorpe is **ORDERED** to provide the Court with the $5.00 filing fee or a properly completed IFP Motion on or before **January 3, 2020**. If Thorpe files an IFP Motion, the Court will then review his trust fund account statement for the 6-month period immediately preceding the filing of this action. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri

1

Avenue, East St. Louis, Illinois 62201. The Clerk is **DIRECTED** to send Thorpe an additional copy of the form IFP Motion.

Thorpe is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate his whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

DATED: December 20, 2019

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**