UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS THORPE,

Petitioner,

v.

Case No. 19-cv-1222-JPG

ERIC WILLIAMS, Warden of FCI-Greenville,

Respondent.

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Thomas Thorpe's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed.

**DATED: April 7, 2021**                    **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**